

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Marcus Leslie, Appellant

No. 06-15-00057-CR          v.

The State of Texas, Appellee

Appeal from the 5th District Court of Bowie County, Texas (Tr. Ct. No. 13-F-1027-005). Opinion delivered by Justice Carter* and Chief Justice Morriss and Justice Moseley, participating.  *Sitting by Assignment.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's judgment to delete the deadly weapon finding.  As modified, the judgment of the trial court is affirmed.

We note that the appellant, Marcus Leslie, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED DECEMBER 3, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk